# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CASE #: 08 CIV 2383

VELMA BROWN

against                                    Plaintiff(s)/Petitioner(s)

MANN BRACKEN, LLC

Defendant(s)/Respondent(s)

State of NY
County of Albany    SS

Michael Pickett being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on 3/13/08 at 3:38 PM at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within

**SUMMONS IN A CIVIL ACTION, COMPLAINT**

upon:    **MANN BRACKEN, LLC**

defendant/respondent in this action by delivering and leaving with Donna Christie authorized agent in the office of the Secretary of State of the State of New York, One Commerce Plaza, Albany, NY, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

**303 of the Limited Liability Company Law**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| female | white | blond | 35-40 | 5'5" | 135 | |

Sworn to before me on: 3/14/2008

_____              _____
Notary Public                                              Michael Pickett

Lightning Legal Services, LLC
P.O. Box 9132
Albany, NY 12209

| Claudia M. Murphy | Kerry Gunner | Jessica DeVoe |
| Notary Public, State of NY | Notary Public, State of NY | Notary Public, State of NY |
| No 01MU5016071 | No 01GU5038710 | No 01DE6042657 |
| Qualified in Albany County | Qualified in Albany County | Qualified in Albany County |
| Commission expires 8/2/05 | Commission expires 2/6/2011 | Commission Expires 5/30/10 |

108225