**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
------------------------------------X
Brown


                                       NOTICE OF REASSIGNMENT

               -V-
                                       1:08 cv 2383(AKH)(KNF)


Bracken


------------------------------------X
```

     Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the WP calendar of

     JUDGE: Alvin K. Hellerstein

     All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

Dated: 3/25/08

                               J. Michael McMahon, CLERK

                               by: _____
                                          Deputy Clerk


CC:   Attorneys of Record

CASE REDESIGNATED TO: Kevin N. Fox


i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

Revised: September 9, 2004