*Briant, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VELMA E. BROWN )
                                          ) Index No.: 08 CV 2383 (CB)
            Plaintiff, )
                                          )
vs. ) STIPULATION AND ORDER
                                          ) EXTENDING TIME TO
MANN BRACKEN, LLC. ) ANSWER
                                          )
           Defendants. )

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties that the time of the defendant MANN BRACKEN, LLC. to appear, answer or otherwise respond to the complaint is extended through and including April 24, 2008. The defendant has acknowledged it was served with the summons and complaint and will not allege lack of personal jurisdiction as a result of any improper service.

Dated:    March 24, 2008
            White Plains, New York

KLEINMAN LLC,                         WILSON, ELSER, MOSKOWITZ,
                                                EDELMAN & DICKER LLP

By: Abraham Kleinman                 By: Thomas A. Leghorn
Attorney for Plaintiff                      Attorneys for Defendant
626 RexCorp Plaza                        MANN BRACKEN, LLC.
Uniondale, New York 11556-0626      3 Gannett Drive
Tel: (516) 522-2621                      White Plains, New York 10604
                                                Tel: (914)323-7000

SO ORDERED

*Charles L. Brieant*
USDJ

DATED: March 26, 2008

1932179.1