```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VELMA E. BROWN,

                Plaintiff,

  -against-

MANN BRACKEN, LLC,

                Defendant.
------------------------------------------------------------x

08-CV-2383

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED**, by the undersigned, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-captioned action be, and the same hereby is discontinued with prejudice as against, MANN BRACKEN, LLC, without costs to any party as against the others. This stipulation shall be so-ordered by the Court.

      **IT IS HEREBY FURTHER STIPULATED AND AGREED**, by the undersigned, that facsimile signatures shall act as original signatures.

Dated: April 23, 2008

Kleinman LLC

By: _____
Abraham Kleinman, Esq.
Attorney for Plaintiff
RexCorp Plaza
Uniondale, New York 11556-0626
(516) 522-2621

New York, New York
April 29, 2008

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Jay A. Wechsler
Attorneys for Defendant
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

So Ordered: 5/8/08

_____
U.S.D.J.

1964428.1